

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | RANDOLPH HALL<br>*Special Assistant Corporation Counsel*<br>Tel.: (212) 356-2419<br>Fax: (212) 356-3509<br>rhall@law.nyc.gov |
|---|---|---|

February 12, 2015

**BY ECF**
Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Rafael Calderon v. City of New York, et al.</u>
         14 CV 6425 (RWS)

Your Honor:

    I am a Special Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced case. Defendant City of New York writes to inform the Court that the parties reached a settlement at the mediation held earlier today. Defendant is in the process of preparing the settlement paperwork to send to plaintiff's counsel. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court for review and execution as soon as this office receives the fully executed paperwork from plaintiff's counsel.

    In light of the settlement, defendant requests that any pending discovery obligations and Court conferences be adjourned *sine die*.

    Defendant thanks the Court for its time and consideration of this matter.

                       Respectfully submitted,

                       Randolph Hall
                       Special Assistant Corporation Counsel
                       Special Federal Litigation Division

cc:    Kim Richman, Esq. (ECF)
       *Attorney for Plaintiff*